UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUADALUPE FELIX,

        Plaintiff,                                    Case No.  1:16-CV-1305

v.

                                                      HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge's Report and Recommendation (ECF No. 3) recommends dismissing this matter for want of prosecution.  Plaintiff has failed to object, continuing a pattern of failing to participate in this case.  The Report and Recommendation is factually sound and legally correct.  Accordingly, the Court approves and adopts it as the opinion of this Court.

**IT IS THEREFORE ORDERED THAT:**

- The Report and Recommendation of the Magistrate Judge (ECF No. 3) is APPROVED and ADOPTED as the opinion of this Court.

- All claims in this case are DISMISSED.

- This case is TERMINATED.

**IT IS SO ORDERED.**

Dated:      December 29, 2016              /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE